# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John W. Spelts, II,<br><br>            Plaintiff,<br><br>v.<br><br>Apartment Management Consultants LLC, et al.,<br><br>            Defendants. | No. CV-16-01216-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal (Doc. 48) and good cause appearing,

**IT IS ORDERED** that this matter is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 23rd day of February, 2017.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge